UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



FILED

APR 11 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-00-0277-01 WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| ORION JOHNSON, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **Orion Johnson** Case CR S-00-0277-01 WBS from custody for the following reasons:

_ Release on Personal Recognizance

_ Bail Posted in the Sum of _____

_ Unsecured bond

_ Appearance Bond with 10% Deposit

_ Appearance Bond secured by Real Property

_ Corporate Surety Bail Bond

**X**   **(Other)  Defendant released on continuance of supervised release pending his self-surrender on May 17, 2011 by 2:00 p.m. to the USM Marshal in Fresno.**

Issued at Sacramento, CA on April 11, 2011 at 10:30 a.m.

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing